■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALAN DiRENZI, Appellant.—Adjudication unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from adjudication of Ontario County Court, Reed, J.—youthful offender.) Present—Dillon, P. J., Doerr, Boomer, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v YVONNE SHAW, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Steuben County Court, Finnerty, J.—felony driving while intoxicated.) Present —Dillon, P. J., Doerr, Boomer, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN SCOTT, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Monroe County Court, Bergin, J.—sexual abuse, first degree.) Present—Dillon, P. J., Callahan, Balio, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER CAULEY, Appellant.—Judgment unanimously affirmed. Memorandum: Although the determination whether an eligible youth is a youthful offender must affirmatively appear in the record *(see,* CPL 720.20 [1]), and although the court here failed to recite specifically that defendant was being denied youthful offender status, the record otherwise conclusively demonstrates, albeit by implication, that the court determined that defendant was not a youthful offender *(see, People v Greene,* 54 AD2d 621). (Appeal from judgment of Niagara County Court, Hannigan, J.—petit larceny.) Present —Dillon, P. J., Callahan, Balio, Lawton and Davis, JJ.